USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED APR 24 2008 CHAMBERS OF JUDGE GRIESA

| | |
|---|---|
| UNITED PARCEL SERVICE OF AMERICA, INC., | ECF CASE |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1-08-cv-2902 |
| SAMUEL Z. BROWN, | **STIPULATION AND ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED that the time for defendant Samuel Z. Brown to answer, move or otherwise respond to the complaint in this action is extended to and including April 30, 2008.

Dated: April 16, 2008
New York, New York

/s/ Thomas P. Griesa
JUDGE THOMAS P. GRIESA

4/25/08

AGREED TO:

KING & SPALDING LLP

/s/ Ethan Horwitz
Ethan Horwitz (EH - 7152)
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
ehorwitz@kslaw.com

Attorneys for Plaintiff
UNITED PARCEL SERVICE OF AMERICA, INC.

The Law Offices of Samuel Z. Brown

/s/ Leah Ledeberger
Leah Ledeberger
205 E. Kennedy Blvd.
Lakewood, N.J. 08701
Telephone: (732) 370-3000
Facsimile: (732) 370-2100

Attorneys for Defendant Samuel Z. Brown