

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

UNITED PARCEL SERVICE OF AMERICA, INC.

V.

SAMUEL Z. BROWN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 02902

TO: (Name and address of Defendant)

Samuel Z. Brown
The Law Offices of Samuel Z. Brown
205 East Kennedy Boulevard
Lakewood, New Jersey 08701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ethan Horwitz, Esq.
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          MAR 19 2008

CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  3/28/2008 |
| NAME OF SERVER *(PRINT)*  JOHN PEREZ | TITLE  Process server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
   205 East Kennedy Boulevard, Lakewood, NJ 08701

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/28/2008
                  *Date*                                *Signature of Server*

                                     78 Sandy Island Drive, Brick, NJ 08723
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.