```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

UNITED PARCEL SERVICE OF
AMERICA, INC.,

                 Plaintiff,

      - against -

SAMUEL Z. BROWN,

                 Defendant.

------------------------------------------------x

08 Civ. 2902 (TPG)

**ORDER**

The Clerk of the Court is hereby ordered to designate the above-captioned case a non-ECF case.

Dated: New York, New York
       August 28, 2008

SO ORDERED

/s/ Thomas P. Griesa

Thomas P. Griesa
U.S.D.J.